R. A. ALFRED, *Plaintiff in Error,* v. FLORIDA PEAT PRODUCE COMPANY, A DOMESTIC CORPORATION, *Defendant in Error.*

Decision Filed October 26, 1920.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Marion; W. S. Bullock, Judge.

*W. K. Zewadski,* for Plaintiff in Error;

*L. W. Duval,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court benig now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

All concur.